NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
DANIEL C. LAPIDUS (Bar No. 227170)
dan@lapiduslaw.com
JENNIFER L. KATZ (Bar No. 258917)
jennifer@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

ATTORNEYS FOR: Defendants Jagmohan Dhillon, Gurender S. Sahani, and Tarlochan S. Kataria

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JASBIR SANGHA,

Plaintiff(s),

v.

MEHUL PATEL aka MIKE PATEL, et al.,

Defendant(s)

CASE NUMBER: CV11-02974 RGK (VBKx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendants Jagmohan Dhillon, Gurender S. Sahani, & Tarlochan S. Kataria
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) ||
| Jasbir Sangha | Plaintiff |
| Corsicana Lodging, LLC | Defendant |
| Jagmohan Dhillon | Defendant |
| Tarlochan S. Kataria | Defendant |
| New Hope Hospitality, LLC | Defendant |
| Chirag Patel, aka Chuck Patel | Defendant |
| Mehul Patel, aka Mike Patel | Defendant |
| Gurender S. Sahani | Defendant |
| Starlite Hotels, Ltd. | Defendant |

April 8, 2011
Date

Sign

DANIEL C. LAPIDUS, LAPIDUS & LAPIDUS, PLC
Attorney of record for or party appearing in pro per